# United States Court of Appeals

### For the Seventh Circuit
### Chicago, Illinois 60604

AMENDED April 13, 2011
April 11, 2011

*By the Court:*

No. 09-3975

| | |
|---|---|
| EMPRESS CASINO JOLIET CORPORATION, an Illinois Corporation, et al., | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiffs-Appellants,* | |
| *v.* | No. 1:09-cv-03585 |
| BALMORAL RACING CLUB, INC., MAYWOOD PARK TROTTING ASSOCIATION, INC., ARLINGTON PARK RACECOURSE, LLC, FAIRMOUNT PARK, INC., and HAWTHORNE RACE COURSE, INC., | Matthew F. Kennelly, *Judge*. |
| *Defendants-Appellees.* | |

## O R D E R

The petitions for rehearing en banc filed on March 16, 2011, by Defendants-Appellees Balmoral Racing Club, Inc., and Maywood Park Trotting Association, Inc., and also by Defendants-Appellees Arlington Park Racecourse, LLC, Fairmount Park, Inc., and Hawthorne Race Course, Inc., are hereby granted.[1]

The parties to consolidated appeal No. 10-1019 did not seek rehearing en banc; therefore, rehearing is granted solely in No. 09-3975. With respect to that appeal, the panel's judgment and pages 23 to 42 of the panel's opinion are vacated. Reargument will be scheduled in a later order.

---

[1] Circuit Judges Joel M. Flaum, Ilana Diamond Rovner, and Ann Claire Williams did not participate in the consideration of these petitions for rehearing.